| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>STEVEN T. GUBNER – Bar No. 156593<br>TAMAR TERZIAN – Bar No. 254148<br>BRUTZKUS GUBNER<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone:  (818) 827-9000<br>Facsimile:    (818) 827-9099<br>Email:   sgubner@bg.law<br>            tterzian@bg.law<br><br><br><br>_Attorney for  David Seror, Chapter 7 Trustee_ | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 13 2020**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY Bever        DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA –** SAN FERNANDO VALLEY **DIVISION** ||
| In re:<br><br>HORMOZ RAMY,<br><br>                                        Debtor(s).<br><br><br>DAVID SEROR, Chapter 7 Trustee,<br><br>                                        Plaintiff(s),<br><br>                    vs.<br><br>HORMOZ RAMY,<br><br>                                        Defendant. | CASE NO.: 1:20-bk-10276-VK<br>CHAPTER:  7<br>ADVERSARY NO.:  1:20-ap-01077-VK<br><br><br>**ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR**<br><br>☒ **EXHIBIT ATTACHED**<br><br>**(PARTIES' SIGNATURE PAGE)**<br><br>[NO HEARING REQUIRED] |

This _Adversary Proceeding_
        (Adversary proceeding/name of dispute in main case)
is assigned to the Bankruptcy Mediation Program of this district, and the following are appointed as Mediator and Alternate Mediator:

| Mediator: | Alternate mediator: |
|---|---|
| Meredith Jury<br>Name | Howard Ehrenberg<br>Name |
| Turoci Bankruptcy Firm<br>Firm name | SulmeyerKupetz<br>Firm name |
| _____ | _____ |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                                                Page 1                                                                **F 702**

| | |
|---|---|
| Address | Address |
| 3845 10th Street | 333 South Grand Avenue, Suite 3400 |
| City, state, zip code | City, state, zip code |
| Riverside, CA 92501 | Los Angeles, CA 90071 |
| 310-277-6910 | 213-617-5213 |
| Telephone | Telephone |
| | 213-629-4520 |
| Facsimile | Facsimile |
| Majury470@gmail.com | hehrenberg@sulmeyerlaw.com |
| Email address | Email address |

The attorneys for the parties are:

Attorney for Plaintiff:

Tamar Terzian
Name

Brutzkus Gubner
Firm name

21650 Oxnard Street, Suite 500
Address

Woodland Hills, CA 91367
City, state, zip code

818-827-9000
Telephone

818-827-9099
Facsimile

tterzian@bg.law
Email address

Attorney for Defendants:

Mac E. Nehoray
Name

Nehoray & Drake LLP
Firm name

24007 Ventura Blvd., Suite 110
Address

Calabasas, CA 91302
City, state, zip code

818-222-2227
Telephone

818-691-0405
Facsimile

mac@nehoraylegalgroup.com
Email address

**[Attach additional page(s) if necessary.]**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                    Page 2                    F 702

Description of the Matter:

1. ☐ Objection to claim/claim resolution
2. ☐ Plan
    - ☐ Objection to plan confirmation
    - ☐ Plan formulation/negotiation
3. ☐ Valuation
4. ☐ Preference
5. ☐ Fraudulent transfer
6. ☐ Lien avoidance
7. ☒ Dischargeability

    Specify grounds: *727 non-dischargeability action*

8. ☐ Other. Please specify: _____

Amount of money at issue in Matter:

1. ☐ $0 to $1,000
2. ☐ $1,001 to $10,000
3. ☐ $10,001 to $50,000
4. ☐ $50,001 to $100,000
5. ☐ $100,001 to $500,000
6. ☐ $500,001 to $1,000,000
7. ☐ $1,000,001 to $5,000,000
8. ☐ $5,000,001 to $10,000,000
9. ☐ If more than $10,000,000, state amount: $ _____
10. ☒ Money not at issue.

Instructions from the Court:

1. Re: filing and service of this Order:

    a. If Order is submitted to court by party(ies)

        (1) For electronic submission of orders, refer to Section 4 of the Court Manual.

        (2) The party(ies) submitting this Order must file the following with the court: (a) the original and one (1) copy of this Order, and (b) a Proof of Service of Document which reflects service of this Order on the mediator, the alternate

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                    Page 3                                    **F 702**

mediator, the mediation program administrator (Hon. Barry Russell) and any individual(s) and/or entity(ies) and/or other interested party(ies) as may be designated by the judge.

    b.   <u>If Order is prepared by the judge:</u>

(1) The following individual must serve a copy of this Order on the mediator, the alternate mediator, and the mediation program administrator (Hon. Barry Russell):_____

(2) The following additional individual(s) and/or entity(ies) and/or other interested party(ies) must be served by the individual designated in note (b)(1) above with a copy of this Order: [Attach additional page(s) if necessary.]
_____

(3) The individual designated in note (b)(1) above must file an original Proof of Service which reflects service of this Order on the mediator, the alternate mediator, the mediation program administrator, and the individual(s) and/or entity(ies) and/or interested party(ies) listed in note 1(b) above.

2.   <u>Other</u>: [Attach additional page(s) if necessary.] ***The deadline to complete one full session of mediation is March 15, 2021***.

The parties are to comply with the provisions of Third Amended General Order No. 95-01.

IT IS SO ORDERED:

###

Date: November 13, 2020

Victoria S. Kaufman
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017      Page 4      **F 702**

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date: 11/11/2020

Plaintiff David Seror, Chapter 7 Trustee
Printed name of party

_____
Signature of party

Date:_____

Brutzkus Gubner, by Tamar Terzian
Printed name of party's attorney

_____
(Signature of party's counsel)

Date:_____

Defendant Hormoz Ramy
(Name of party)

_____
(Signature of party)

Date:_____

Mac E. Nehoray
(Name of party's counsel)

_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017                                    Page 5                                    F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:_____

<u>Plaintiff David Seror, Chapter 7 Trustee</u>
Printed name of party

_____
Signature of party

Date: 11-11-20

<u>Brutzkus Gubner, by Tamar Terzian</u>
Printed name of party's attorney

_____
(Signature of party's counsel)

Date:_____

<u>Defendant Hormoz Ramy</u>
(Name of party)

_____
(Signature of party)

Date:_____

<u>Mac E. Nehoray</u>
(Name of party's counsel)

_____
(Signature of party's counsel)

[EXHIBIT – PARTIES' SIGNATURE PAGE]

**SUBMITTED JOINTLY BY:**

Date:_____

Plaintiff David Seror, Chapter 7 Trustee
Printed name of party

_____
Signature of party

Date:_____

Brutzkus Gubner, by Tamar Terzian
Printed name of party's attorney

_____
(Signature of party's counsel)

Date: 11-11-20

Defendant Hormoz Ramy
(Name of party)

_____
(Signature of party)

Date: 11-11-20

Mac E. Nehoray
(Name of party's counsel)

_____
(Signature of party's counsel)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017    Page 5    F 702

**[EXHIBIT – PARTIES' SIGNATURE PAGE]**

**SUBMITTED JOINTLY BY:**

Date:_____

_____
Printed name of party

_____
Signature of party

Date:_____

_____
Printed name of party's attorney

_____
(Signature of party's counsel)

Date:_____

_____
(Name of party)

_____
(Signature of party)

Date:_____

_____
(Name of party's counsel)

_____
(Signature of party's counsel)

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*March 2017*     Page 5     **F 702**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document entitled **ORDER ASSIGNING MATTER TO MEDIATION PROGRAM AND APPOINTING MEDIATOR AND ALTERNATE MEDIATOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Order(s) and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 12, 2020** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) stated below:

- Siamak E Nehoray    mac@nehoraylegalgroup.com
- David Seror (TR)    aquijano@bg.law, C133@ecfcbis.com
- Tamar Terzian    tterzian@bg.law, ecf@bg.law
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL** (indicate method for each person or entity served):
On (*date*) **November 11, 2020**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Mediator:   Meredith Jury, Turoci Bankruptcy Firm, 3845 10th Street, Riverside, CA 92501
Alternate Mediator: Howard Ehrenberg, SulmeyerKupetz, 333 South Grand Avenue, Suite 3400, Los Angeles, CA 90071
Honorable Barry Russell, Mediation Program Administrator - 255 E. Temple, Room 1660, Los Angeles, CA 90012

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 12, 2012 | ABBIE AU | /s/ Abbie Au |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

March 2017    Page 6    F 702