STEVEN T. GUBNER - Bar No. 156593
TAMAR TERZIAN - Bar No. 254148
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:     sgubner@bg.law
           tterzian@bg.law

Attorneys for David Seror, Chapter 7 Trustee

FILED & ENTERED

MAY 26 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gasparia  DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>HORMOZ RAMY<br><br>Debtor.<br><br>DAVID SEROR, Chapter 7 Trustee,<br><br>Plaintiff,<br>v.<br><br>HORMOZ RAMY,<br><br>Defendants. | Case No.: 1:20-bk-10276-VK<br><br>Chapter 7<br><br>Adv. Case No.: 1:20-ap-01077-VK<br><br>**ORDER APPROVING SECOND STIPULATION TO EXTEND DISCOVERY CUTOFF, PRETRIAL MOTION DEADLINE AND PRETRIAL CONFERENCE**<br><br>Current Pretrial Conference<br>Date: August 4, 2021<br>Time: 1:30 p.m.<br><br>~~Proposed~~ *New* Pretrial Conference<br>Date: October *13* ~~6~~, 2021<br>Time: 1:30 p.m.<br>Courtroom: 301 |

The Court, having reviewed and considered the Second Stipulation to Extend Discovery Cutoff, Pretrial Motion Deadline and Pretrial Conference (the "Stipulation") [Doc. No. 20], entered into by and between David Seror, Chapter 7 Trustee for the Estate of Hormoz Ramy, on the one hand, and defendant Hormoz Ramy, on the other hand, and finding good cause appearing therefor,

1

1      IT IS HEREBY ORDERED, that the Stipulation is approved.

2      IT IS FURTHER ORDERED, that the last day to complete all non-expert discovery is extended from June 1, 2021 to August 31, 2021.

4      IT IS FURTHER ORDERED, that the deadline for the parties to file dispositive pretrial motions is continued from July 9, 2021 to September 24, 2021.

6      IT IS FURTHER ORDERED, that the Pretrial Conference scheduled for August 4, 2021 is continued to October *13* ~~6~~, 2021 at 1:30 p.m., or to a date thereafter convenient for the Court.

*IT IS FURTHER ORDERED, that the parties are to attend the pretrial conference via ZoomGov, which provides a live video connection with the Court.* **Any attorney or party in interest who makes an appearance on the record must appear by video.** *The following instructions will apply to the ZoomGov hearing:*

    *(1) Meeting Information: October 13, 2021*

        *Meeting URL: https://cacb.zoomgov.com/j/1612862139*

        *Meeting ID: 161 286 2139*

        *Password: 087610*

        *Join by Telephone: 1-669-254-5252 or 1-669-216-1590*

    *(2) Hearing participants and members of the public may view and listen to the hearing through ZoomGov **free of charge**. Individuals may connect by ZoomGov video and audio using a personal computer (equipped with camera, microphone and speaker), or a handheld mobile device (such as an iPhone). Neither a Zoom nor a ZoomGov account is necessary to participate and no pre-registration is required.*

    *(3) The audio portion of each hearing will be recorded electronically by the Court and constitute its official record.*

/ / /

/ / /

/ / /

*(4) All persons (other than Court staff creating the official record of the hearing) are strictly prohibited from making any audio or video recording of the proceedings.*

### 

Date: May 26, 2021

Victoria S. Kaufman
United States Bankruptcy Judge

3